

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of E.S.E., a Child

No. 06-18-00001-CV

Appeal from the 307th District Court of Gregg County, Texas (Tr. Ct. No. 2015-1240-DR). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Jorgen Astrand, pay all costs of this appeal.

RENDERED JUNE 20, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk